**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**INTERNATIONAL BROKERAGE &
SURPLUS LINES, INC.,** a Florida
corporation,

    **Plaintiff,**

v.                                                     **Case No.  8:06-cv-104-T-30MSS**

**LIBERTY MUTUAL INSURANCE
COMPANIES,** d/b/a **LIBERTY
SYNDICATE 190; RICHARD McCARTHY,**
individually; and **SIMON SKEATES,**
individually,

    **Defendants.**
_____/

## **ORDER**

      THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss the Complaint Or, In the Alternative, For More Definite Statement (Dkt. #23), Defendants' Memorandum of Law In Support of Motion to Dismiss Or, In the Alternative, For More Definite Statement (Dkt. #24), and Plaintiff's Opposition and Response To Defendant's Motion to Dismiss the Complaint Or, In the Alternative, For More Definite Statement (Dkt. #30).  The Court, having considered the motion, response, memoranda, the Amended Complaint, and being otherwise advised in the premises, finds that Defendants' motion should be granted without prejudice.

      Pursuant to this Court's Order (Dkt. #37) entered on September 6, 2006, Defendant Richard McCarthy, in his individual capacity, has been dismissed as a party in this lawsuit. Furthermore, pursuant to this Court's Order (Dkt. #36) also entered on September 6, 2006,

any and all claims relating to or arising under the "2000 Line Slip" or the "Initial 2130 Line Slip" should be arbitrated in London, England pursuant to the contract between the parties. As a result of these two Orders, Plaintiff's Amended Complaint should be redrafted to reflect the rulings of this Court and to provide a more definite statement so that Defendants may frame a responsive pleading. Accordingly, the Court finds that Defendants' Motion to Dismiss the Complaint is granted without prejudice.

As a result of the differing jurisdictional provisions of the multiple slip line contracts between the parties, two of the contracts are subject to the jurisdiction of London, England and two are subject to the jurisdiction of this Court. The Court suggests that it may be beneficial for both parties to allow all four contracts, and any disputes arising therefrom, to be considered by the same court/arbitrator, rather than litigating multiple contracts concerning the same underlying business relationship in two separate forums.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Dismiss the Complaint Or, In the Alternative, For More Definite Statement (Dkt. #23) is GRANTED without prejudice.

2. Plaintiff shall have thirty (30) days in which to file a Second Amended Complaint.

**DONE** and **ORDERED** in Tampa, Florida on September 7, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-104.mt dismiss 23.wpd