UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INTERNATIONAL BROKERAGE &
SURPLUS LINES, INC.,**

    **Plaintiff,**

**v.**                                       CASE NO: 8:06-CV-104-T-30TGW

**SIMON SKEATES, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

THIS COURT issued an Order to Show Cause (Dkt. #82) on August 11, 2009, regarding Plaintiff's failure to diligently prosecute this action. A response has not been filed. As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 31, 2009.

                                                        JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

**Copies To**:
Counsel/Parties of Record

*S:\Even\2006\06-cv-104.dismissal.wpd*